FILED

12/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0215

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0215

_____

PATRICIA TAFELSKI, et al., on behalf of
themselves and all others similarly situated,

      Plaintiffs and Appellees,

v.

MARK JOHNSON, TAMMI FISHER,            O R D E R

      Plaintiffs, Objectors and Appellants,

v.

LOGAN HEALTH MEDICAL CENTER,

      Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Parker, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 20 2023